Argued March 22, 1971. *Daniel L. Quinlan,* with him *Quinlan and Vangrossi,* for appellants; *Clarke F. Hess,* with him *Butera & Detwiler,* and *Capozzi, Greenfield & Minsky,* for appellee.

The appeal is quashed.

CERCONE, J., did not participate in the consideration or decision of this case.

## Clark *v.* Clark, Appellant.

Argued March 16, 1971. *Edward S. Lawhorne,* for appellant; *Edward M. Kopanski,* with him *Needleman, Needleman, Tabb & Eisman,* for appellee.

Order affirmed.

HOFFMAN, J., absent.

## Commonwealth *v.* Allen, Appellant.

Submitted March 17, 1971. *Anne T. Welsh* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Allen, Appellant.